

# United States District Court
# Eastern District of California

| Lee Mullen | Case Number: | 2:22-cv-0296 KJM JDP |

Plaintiff(s)

V.

| Sun Life Assurance Co. of Canada |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Hudson T. Ellis _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Lee Ann Mullen

On ___10/30/2009___ (date), I was admitted to practice and presently in good standing in the ___Supreme Court of Tennessee___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 2/8/22        Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Hudson T. Ellis |
| Law Firm Name: | Eric Buchanan & Associates |
| Address: | 410 McCallie Ave |
| City: | Chattanooga    State: TN    Zip: 37402 |
| Phone Number w/Area Code: | (423) 634-2506 |
| City and State of Residence: | Chattanooga, Tennessee |
| Primary E-mail Address: | court@buchanandisability.com |
| Secondary E-mail Address: | ellish@buchanandisability.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Glenn Kantor |
| Law Firm Name: | Kantor & Kantor, LLP |
| Address: | 19839 Nordhoff St |
| | N |
| City: | Northridge    State: CA    Zip: 91324 |
| Phone Number w/Area Code: | (818) 886-2525    Bar # 122643 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 2, 2022

_/s/ signature_
CHIEF UNITED STATES DISTRICT JUDGE

# Supreme Court of Tennessee

## Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Hudson Taylor Ellis

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 18, 2009, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 14th day of January, 2022.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: *Lisa Miller*
Lisa Miller, D.C.